```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                  Case No. 13-03995-RNO
Timothy W. Pressler                                                     Chapter 13
Arlene M. Pressler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: DDunbar              Page 1 of 1              Date Rcvd: Jun 20, 2019
                             Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4375621        E-mail/PDF: cbp@onemainfinancial.com Jun 20 2019 19:15:13
                SPRINGLEAF FINANCIAL SERVICES, INC.,    P.O. BOX 3251,    EVANSVILLE, IN 47731
                                                                                                 TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2019 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. alubin@milsteadlaw.com
              Ann E. Swartz    on behalf of Creditor    LSF9 Master Participation Trust ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Chrisovalante  Fliakos    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Jerome B Blank    on behalf of Creditor    Wells Fargo Bank, N.A. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank, N.A. jschalk@barley.com,
               sromig@barley.com
              Lauren Berschler Karl    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
               individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2017-RP2
               lkarl@rascrane.com
              Mario John Hanyon    on behalf of Creditor    LSF9 Master Participation Trust pamb@fedphe.com
              Michele A De Witt    on behalf of Creditor    Citibank, N.A., as trustee for CMLTI Asset Trust
               bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com
              Michele A De Witt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
               individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2017-RP2
               bkecfinbox@aldridgepite.com, mdewitt@ecf.inforoptcy.com
              Tullio  DeLuca    on behalf of Debtor 1 Timothy W. Pressler tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 2 Arlene M. Pressler tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 14

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:13-bk-03995-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Timothy W. Pressler  
228 Winters Ave.  
W. Hazleton PA 18202

Arlene M. Pressler  
228 Winters Ave.  
W. Hazleton PA 18202

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/19/2019.

Name and Address of Alleged Transferor(s):

Claim No. 5: SPRINGLEAF FINANCIAL SERVICES, INC., P.O. BOX 3251, EVANSVILLE, IN 47731

Name and Address of Transferee:

Select Portfolio Servicing, Inc.  
c/o Select Portfolio Servicing, Inc.  
P.O. Box 65250  
Salt Lake City, UT 84165-0250  
Select Portfolio Servicing, Inc.  
c/o Select Portfolio Servicing, Inc.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 06/22/19

Terrence S. Miller  
**CLERK OF THE COURT**