UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : |
| TIMOTHY PRESSLER AND ARLENE PRESSLER | : CHAPTER 13 |
| Debtors | : |

**********************************************************************

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS INDENTURE TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2017-RP2 | : |
| Movant, | : |
| vs. | : |
| TIMOTHY PRESSLER AND ARLENE PRESSLER | : CASE NO. 5-13-03995 |
| Respondents. | : |

**********************************************************************

## PRAECIPE TO WITHDRAW DEBTORS' ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**********************************************************************

AND NOW COMES, the Debtors, Timothy and Arlene Pressler, by and through their attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtor's Answer to Movant's Motion for Relief from the Automatic Stay. Counsel for Movant consents to the withdrawal.

Respectfully submitted,

Date: November 18, 2019

/s/Tullio DeLuca
Tullio DeLuca, Esq.,
PA ID# 59887
Attorney for Debtors
381 N. 9th Avenue
Scranton, PA 18504

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE : | |
| : | |
| TIMOTHY PRESSLER AND : | |
| ARLENE PRESSLER : | CHAPTER 13 |
| Debtors : | |

*************************************************************************

| | |
|---|---|
| WILMINGTON SAVINGS FUND : | |
| SOCIETY, FSB, NOT IN ITS : | |
| INDIVIDUAL CAPACITY, BUT : | |
| SOLELY AS INDENTURE TRUSTEE OF : | |
| CITIGROUP MORTGAGE LOAN TRUST : | |
| 2017-RP2 : | |
| : | |
| Movant, : | |
| : | |
| vs. : | |
| TIMOTHY PRESSLER AND : | |
| ARLENE PRESSLER : | CASE NO. 5-13-03995 |
| : | |
| Respondents. : | |

*************************************************************************

## CERTIFICATE OF SERVICE

*************************************************************************

The undersigned hereby certifies that on November 18, 2019, he caused a true and correct copy of Debtor's Praecipe to Withdraw Answer to Movant's Motion for Relief from the Automatic Stay, to be served via electronic filing on the following CM/ECF users:

      Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com

      Jerome Blank, Esq. at jerome.blank@phelanhallinan.com

Date:  November 18, 2019      /s/Tullio DeLuca
                                        Tullio DeLuca, Esq.