```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 13-03995-RNO
Timothy W. Pressler                                       Chapter 13
Arlene M. Pressler
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: DaneishaD          Page 1 of 2          Date Rcvd: Nov 19, 2019
                             Form ID: fnldecnd         Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2019.
```
db/jdb       +Timothy W. Pressler,   Arlene M. Pressler,   228 Winters Ave.,   W. Hazleton, PA 18202-3727
cr           +Citibank, N.A., as trustee for CMLTI Asset Trust,   c/o Fay Servicing, LLC,
              3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357
cr            Fay Servicing, LLC,   PO Box 814609,   Salinas, TX  75381-4609
cr           +Wilmington Savings Fund Society, FSB, not in its i,   c/o Fay Servicing, LLC,
              3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357
4356355      +Brightwater Capital LLC,   850 Concourse Pkwy. S, Ste.120,   Miatland, Florida 32751-6144
5000719      +Citibank, N.A., as trustee for CMLTI Asset Trust,   Fay Servicing, LLC,
              3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357
5000720      +Citibank, N.A., as trustee for CMLTI Asset Trust,   Fay Servicing, LLC,
              3000 Kellway Dr. Ste 150,   Carrollton, TX 75006,   Citibank, N.A., as trustee for CMLTI Ass,
              Fay Servicing, LLC 75006-3357
4356357      +Demetrios Tsarouhus, Esq.,   21 Ninth Street,   Allentown, PA 18102-4861
4356358      +Diversified Adjustment,   600 Coon Rapids Blvd. NW,   Coon Rapids, Minnesota 55433-5549
4356359      +Enhanced Recovery Corp.,   10550 Deerwood Park Blvd., Suite 600,
              Jacksonville, Florida 32256-2811
4356363      +HSBC Bank,   PO Box 80084,   Salinas, CA 93912-0084
4356361      +Hayt, Hayt & Landau,   2 Industrial Way West,   P.O. Box 500,
              Eatontown, New Jersey 07724-0500
4356362      +Hazleton General Hospital,   700 E. Broad St.,   Hazleton, Pennsylvania 18201-6897
4356364      +IC Systems, Inc.,   444 Hwy. 96 East,   St. Paul, Minnesota 55127-2557
4356365      +Jacob Collection Group, LLC,   2623 West Oxford Loop,   Oxford, Mississippi 38655-5442
4750632      +LSF9 Master Participation Trust,   13801 Wireless Way,   Oklahoma City OK 73134-2500
4750633      +LSF9 Master Participation Trust,   13801 Wireless Way,   Oklahoma City OK 73134,
              LSF9 Master Participation Trust,   13801 Wireless Way,   Oklahoma City OK 73134-2500
4418208       Main Street Acquisition Corp assignee of HSBC CARD,   SERVICES (III) INC,
              c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
4356366      +Main Street Acquisition Corp.,   c/o Becket and Lee, LP,   Attorneys/Agent for Creditor,
              P.O. Box 3,   Malvern, Pennsylvania 19355-0003
4406721      +Mario J. Hanyon, Esq.,   Phelan Hallinan LLP,   126 Locust Street,   Harrisburg, PA 17101-1414
5013558      +Michele A. De Witt,   ALDRIDGE PITE, LLP,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
              San Diego, CA 92177-7921
4356371      +Target National Bank,   c/o Target Credit Services,   P.O. Box 1581,
              Minneapolis, MN 55440-1581
4356373      +Wells Fargo Bank, N.A.,   MAC # D3347-014,   3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
4406634      +Wells Fargo Bank, N.A.,   Attention: Bankruptcy Department,   MAC # D3347-014,
              3476 Stateview Boulevard,   Fort Mill, SC 29715-7203
5021268       Wilmington Savings Fund Society,   Fay Servicing, LLC,   PO Box 814609,
              Dallas , TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4356354      +E-mail/Text: ebn@ltdfin.com Nov 19 2019 19:13:57     Advantage Assets II, Inc.,
              7322 Southwest Freeway, Suite 1600,   Houston, Texas 77074-2134
4359864       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2019 19:21:30
              American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
              Oklahoma City, OK 73124-8848
4378382       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2019 19:20:44
              American InfoSource LP as agent for,   Verizon,   PO Box 248838,
              Oklahoma City, OK 73124-8838
4360982       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 19 2019 19:20:43
              American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
              Oklahoma City, OK 73126-8941
4732518       E-mail/Text: ECMBKMail@Caliberhomeloans.com Nov 19 2019 19:14:13     Caliber Home Loans, Inc.,
              13801 Wireless Way,   Oklahoma City, OK 73134-2500
4356356      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 19 2019 19:21:27     Capital One,
              PO Box 30285,   Salt Lake City, Utah 84130-0285
4356360      +E-mail/PDF: gecsedi@recoverycorp.com Nov 19 2019 19:21:27     GECRB/Care Credit,
              Attn: Bankruptcy Dept.,   P.O. Box 103106,   Roswell, Georgia 30076-9106
4356367      +E-mail/Text: bankruptcydpt@mcmcg.com Nov 19 2019 19:14:01     Midland Funding, LLC,
              8875 Aero Drive,   Suite 200,   San Diego, California 92123-2255
4809026      +E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2019 19:13:58
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788,
              Quantum3 Group LLC as agent for,   MOMA Funding LLC 98083-0788
4809025       E-mail/Text: bnc-quantum@quantum3group.com Nov 19 2019 19:13:58
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
4375621       E-mail/PDF: cbp@onemainfinancial.com Nov 19 2019 19:21:04
              SPRINGLEAF FINANCIAL SERVICES, INC.,   P.O. Box 3251,   EVANSVILLE, IN 47731
4356370       E-mail/PDF: cbp@onemainfinancial.com Nov 19 2019 19:21:04     Springleaf Financial Service,
              P.O. Box 3327,   Evansville, Indiana 47732
5212848      +E-mail/Text: jennifer.chacon@spservicing.com Nov 19 2019 19:14:13
              Select Portfolio Servicing, Inc.,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
              Salt Lake City, UT 84165-0250,   Select Portfolio Servicing, Inc.,
              c/o Select Portfolio Servicing, Inc. 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5212847          E-mail/Text: jennifer.chacon@spservicing.com Nov 19 2019 19:14:13
                 Select Portfolio Servicing, Inc.,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
4362270         +E-mail/Text: bncmail@w-legal.com Nov 19 2019 19:14:03      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4356372         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 19 2019 19:13:51
                 Verizon Bankruptcy Dept.,   500 Technology Drive,   Suite 550,
                 Weldon Spring, Missouri 63304-2225
                                                                                        TOTAL: 16
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
5021269*         Wilmington Savings Fund Society,   Fay Servicing, LLC,   PO Box 814609,
                 Dallas , TX 75381-4609
4363167         ##+BANK OF AMERICA, MISSOURI,   100 N. BROADWAY,   ST. LOUIS, MO 63102-2728
4356368         ##Penn Credit Corporation,   PO Box 988,   Harrisburg, Pennsylvania 17108-0988
4356369         ##+Principal Mediation Group, LLC,   PO Bpx 470570,   Tulsa, OK 74147-0570
                                                                            TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:
```
            Alexandra Teresa Garcia   on behalf of Creditor   LSF9 Master Participation Trust
             ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
            Andrew M. Lubin   on behalf of Creditor   Select Portfolio Servicing, Inc. alubin@milsteadlaw.com
            Ann E. Swartz   on behalf of Creditor   LSF9 Master Participation Trust ecfmail@mwc-law.com,
             ecfmail@ecf.courtdrive.com
            Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
            Chrissvalante Fliakos   on behalf of Creditor   LSF9 Master Participation Trust pamb@fedphe.com
            James Warmbrodt   on behalf of Creditor   Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com
            Jerome B Blank   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al
             pamb@fedphe.com
            Jerome B Blank   on behalf of Creditor   Wells Fargo Bank, N.A. pamb@fedphe.com
            Joseph P Schalk   on behalf of Creditor   Wells Fargo Bank, N.A. jschalk@barley.com,
             sromig@barley.com
            Lauren Berschler Karl   on behalf of Creditor   Wilmington Savings Fund Society, FSB, not in its
             individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2017-RP2
             lkarl@rascrane.com,  lbkarl103@yahoo.com
            Mario John Hanyon   on behalf of Creditor   LSF9 Master Participation Trust pamb@fedphe.com
            Michele A De Witt   on behalf of Creditor   Citibank, N.A., as trustee for CMLTI Asset Trust
             bkecfinbox@aldridgepite.com,  mdewitt@ecf.inforoptcy.com
            Michele A De Witt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, not in its
             individual capacity, but solely as indenture trustee of Citigroup Mortgage Loan Trust 2017-RP2
             bkecfinbox@aldridgepite.com,  mdewitt@ecf.inforoptcy.com
            Tullio DeLuca   on behalf of Debtor 1 Timothy W. Pressler tullio.deluca@verizon.net
            Tullio DeLuca   on behalf of Debtor 2 Arlene M. Pressler tullio.deluca@verizon.net
            United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 16
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Timothy W. Pressler,<br>aka Timothy Pressler, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:13–bk–03995–RNO |
| Arlene M. Pressler,<br>aka Arlene Pressler, aka Arlene Mary Pressler, | | |
| **Debtor 2** | | |

Social Security No.:

xxx–xx–1012          xxx–xx–6155

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Charles J DeHart, III (Trustee)

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Timothy W. Pressler and Arlene M. Pressler** in accordance with §1328 of the Bankruptcy Code.

Dated:  November 19, 2019

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

**fnldec** (05/18)